TLM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -5 AM 11:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CF DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. **'08 MJ 14 15** |
| Plaintiff, | ) | **COMPLAINT FOR VIOLATION OF:** |
| v. | ) | |
| **Virginio MARTINEZ-Perez,** | ) | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 2, 2008,** within the Southern District of California, defendant, **Virginio MARTINEZ-Perez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **May 2008.**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Virginio MARTINEZ-Perez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 2, 2008, at approximately 6:45 pm, Border Patrol Agent J. Clare was performing line watch duties in the Chula Vista area of operations. Agent Clare responded to a call, via bureau radio from sector dispatch that seismic intrusion device was activated in an area commonly referred to as "Windmill Canyon." This area is located approximately one mile east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary fence. After conducting a brief search of the area, Agent Clare observed seven individuals walking northbound on a trail in Windmill Canyon.

Agent Clare informed Border Patrol Agent O. Gomez, via bureau radio, that the group was headed north. Agent Clare followed the trail towards the group. Agent Gomez arrived at a high point in order to gain a better view of the individuals. After a brief search Agent Gomez saw the individuals attempting to conceal themselves in some brush. Both agents approached the individuals and identified themselves as United States Border Patrol Agents. Both Agents questioned the individuals as to their nationality and country of citizenship. Each individual responded "Mexico." Both Agents then asked all individuals whether they had immigration documents that would allow them to enter or remain in the United States legally. All subjects, including one later identified as the defendant **Virginio MARTINEZ-Perez** responded "No." At approximately 7:00 pm, all seven individuals were place under arrest and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 18, 2008,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on May 4, 2008 at 9:30A.M.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 2, 2008,** in violation of Title 8, United States Code, Section **1326.**

5/4/08

Louisa S. Porter
United States Magistrate Judge

5/4/08 1:45PM
Date/Time