AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VIRGINIO MARTINEZ-PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1780-JAH

I, VIRGINIO MARTINEZ-PEREZ , the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Virginio Martinez Perez
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer